THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MICHAEL J. REDENBURG, ESQ., PC,**<br>**Plaintiff,**<br><br>v.<br><br>**MIDVALE INDEMNITY COMPANY.**<br>**Defendant,** | <br><br><br>DOCKET NO.: 1:20-cv-05818 (PAE)<br><br>NOTICE OF MOTION |

**COMES NOW** the Plaintiff, MICHAEL J. REDENBURG, ESQ., PC, by and through counsel, and respectfully requests that this Court remand this action to the Supreme Court of New York, New York County, pursuant to 28 U.S.C. §1447(c). In support of this motion, Plaintiff adopts and incorporates the arguments and authorities set forth in *Plaintiff's Memorandum of Law in Support of Plaintiff's Motion to Remand* ("*Plaintiff's Memorandum*"), filed contemporaneously herewith.

Dated: July 29, 2020

Respectfully submitted,

/s/ Michael J. Redenburg
Michael J. Redenburg NY#MR4662
MICHAEL J. REDENBURG, ESQ. PC
32 Broadway, Suite 811
New York, NY 10004
Tel: (212) 240-9465
Fax: (917) 591-1667
mredenburg@mjrlaw-ny.com
ATTORNEY FOR PLAINTIFF

The Court directs defendant to file its opposition by August 13, 2020. Plaintiff's reply is due August 20, 2020. SO ORDERED.

_____
PAUL A. ENGELMAYER   7/29/2020
United States District Judge