**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MICHAEL J. REDENBURG, ESQ., PC,

                         Plaintiff,

     -against-                                  20 **CIVIL** 5818 (PAE)

                                                                   **JUDGMENT**

MIDVALE INDEMNITY COMPANY,

                        Defendant.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated January 27, 2021, the Court denies Redenburg's motion to remand and grants Midvale's motion to dismiss; accordingly, this case is closed.

**Dated:**  New York, New York

      January 28, 2021

                                                                     **RUBY J. KRAJICK**
                                                                 _____
                                                                       **Clerk of Court**
                                         **BY:**
                                                                _____
                                                                        **Deputy Clerk**